[No. 2676–2. Division Two. May 30, 1978.]

BAY CITIES CONSTRUCTION, INC., *Respondent,* v. WILLIAM H. CHRISTMAS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 66669, Robert J. Bryan, J., entered November 15, 1976. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, A.C.J., concurred in by Petrie and Soule, JJ.

[No. 2864–2. Division Two. May 31, 1978.]

THE STATE OF WASHINGTON, *Appellant,* v. JON WARNE, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 68062, John W. Schumacher, J., entered April 6, 1977. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie, J., and Johnson, J. Pro Tem.

[No. 2177–3. Division Three. May 31, 1978.]

WINIFRED F. FLEMING, *Appellant,* v. SEATTLE–FIRST NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 30052, Fred R. Staples, J., entered November 1, 1976. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Roe, J.